UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONICA TOWNSEND,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No.  1:10-CV-1065

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 17, 2012, report and recommendation (Dkt. No. 16) is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Dated: December 19, 2012

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE