UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONICA TOWNSEND,

       Plaintiff,

Case No. 1:10-CV-1065

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                               /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 17, 2012, report and recommendation (Dkt. No. 16) is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Dated: December 19, 2012                              /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE